AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## for the
### Southern District of Florida

LOGARO, LLC

*Plaintiff(s)*

v.

THE INDIVIDUALS, PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A,"

*Defendant(s)*

Civil Action No. 24-cv-62059-MD

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* The Inidividuals, Partnerships, and Unincorporated Associations Identified on Schedule "A"

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Heitner Legal, PLLC
215 Hendricks Isle
Fort Lauderdale, FL 33301
darren@heitnerlegal.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date: Nov 4, 2024



Angela E. Noble
Clerk of Court

s/ M. Quezada
Deputy Clerk
U.S. District Courts