UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-62059-CIV-DAMIAN

**LOGARO LLC,**

    Plaintiff,

v.

**THE INDIVIDUALS, PARTNERSHIPS,
AND UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A"**,

    Defendant.
_____/

### ORDER TO FILE "SCHEDULE A"

**THIS CAUSE** came before the Court upon a *sua sponte* review of the docket. On January 7, 2025, this Court granted Plaintiff's request to file "Schedule A" under seal [ECF No. 11]. It does not appear that Plaintiff has done so. (On January 9, 2025, Plaintiff filed additional materials under seal, all of which reference "Schedule A", but the Court is unable to locate "Schedule A" in those materials.) Accordingly, it is hereby

**ORDERED AND ADJUDGED** that Plaintiff shall file "Schedule A" **no later than February 28, 2025**. Failure to timely file shall result in the dismissal of this case without further notice.

**DONE AND ORDERED** in Chambers in the Southern District of Florida this 20th day of February, 2025.

_____
**MELISSA DAMIAN
UNITED STATES DISTRICT JUDGE**